**KOUTSOUDAKIS & IAKOVOU** LAW GROUP PLLC

December 21, 2020

**Via ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

   RE: *Romero Perez, et al. v. 665 9th Ave Restaurant Corp., et al.;*
      Index No. *20-cv-08294*

Your Honor,

  This office represents Defendants in the above-referenced matter. We write jointly with the consent of Plaintiffs' counsel to request a sixty (60) day extension of time to submit the mediator schedule. This is the parties' first request for an extension. The reason for this request is that Defendants' response or answer to the Plaintiffs' complaint is due on January 5, 2021. However, the deadline to submit the mediator schedule was originally on December 7, 2020. The parties hereby request to extend the deadline to submit the mediator schedule to February 5, 2021. We appreciate Your Honor's attention and consideration to this matter.

Respectfully Submitted,

**Koutsoudakis & Iakovou
Law Group PLLC**

Andreas Koutsoudakis, Esq. (AK4162)

Cc: Clela Errington, Esq. via ECF

   It is hereby ORDERED that the parties shall have until February 5, 2021 to conduct the mediation ordered by the Court on November 5, 2020. (Dkt. 19.) The parties should communicate with the Mediation Office to find a convenient date for such mediation.

   SO ORDERED.

   Date: December 23, 2020
      New York, New York

JOHN P. CRONAN
United States District Judge

90 Broad Street, 10th Floor, New York, New York 10004   T: +1 212.386.7606 • F: +1 332.777.1884   www.kilawgroup.com