UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ANASTACIO ROMERO PEREZ et al., :
:
                 Plaintiffs, :
: 20-CV-8294 (JPC)
    -v- :
: ORDER OF DISMISSAL
665 9TH AVE. RESTAURANT CORP. et al., :
:
                 Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that, during their participation in the Court-annexed Mediation Program, the parties reached an agreement on all issues. The parties are directed to submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by June 14, 2021.

       SO ORDERED.

Dated: May 18, 2021
       New York, New York
                                                         JOHN P. CRONAN
                                         United States District Judge