UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ANASTACIO ROMERO PEREZ et al.,                                          :
                                                                        :
                                 Plaintiffs,                            :
                                                                        :           20-CV-8294 (JPC)
                    -v-                                                  :
                                                                        :           ORDER
665 9TH AVE. RESTAURANT CORP. et al.,                                   :
                                                                        :
                                 Defendants.                            :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties shall appear for a conference on October 12, 2021 at 11:00 a.m. to discuss the

settlement agreement and stipulation of discontinuance.  Dkt. 41.  At the scheduled time, counsel

for all parties should call 866-434-5269, access code 9176261.


      SO ORDERED.

Dated: October 5, 2021
 New York, New York

                            JOHN P. CRONAN
                     United States District Judge